Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq.  (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, BATH & BODY WORKS, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KALI MARIE YOAKUM,<br><br>Plaintiff,<br>v.<br>BATH & BODY WORKS, LLC dba BATH & BODY WORKS LLC #119; a limited liability company; DOES I through 20; and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.:  2:22-cv-00125-APG-EJY<br>JUDGE:   Andrew P. Gordon<br>MAGISTRATE: Elayna J. Youchah<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT BATH & BODY WORKS, LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

///
///
///

1

COMES NOW, the parties, by and through their undersigned counsel, hereby stipulate and agree that the deadline for Defendant, BATH & BODY WORKS, LLC ("Defendant") to answer or otherwise respond to Plaintiff's KALI MARIE YOAKUM's ("Plaintiff") Complaint shall be extended to and including **February 8, 2022**.

DATED: February 3, 2022                              DATED: February 3, 2022

SKANE MILLS LLP                                      CONNELL LAW

/s/ Sarai L. Thornton                                /s/ Christopher S. Connell

Elizabeth A. Skane, Esq. (#7181)                     Christopher S. Connell, Esq. (#12720)
Sarai L. Thornton, Esq. (#11067)                     6671 Las Vegas Boulevard
1120 Town Center Drive                               Suite 210
Suite 200                                            Las Vegas, Nevada 89119
Las Vegas, Nevada 89144                              T: (702) 266-6355
T: (702) 363-2535

*Attorneys for Defendant*                            *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 3, 2022