## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KALI MARIE YOAKUM,<br><br>      Plaintiffs<br><br>v.<br><br>BATH & BODY WORKS, LLC dba BATH & BODY WORKS LLC #119, a limited liability company,<br><br>      Defendant | Case No.: 2:22-cv-00125-APG-EJY<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Bath & Body Works, LLC's response to my order to show cause (ECF No. 10),

I ORDER that my order to show cause (ECF No. 5) is satisfied and I will not remand this case to the state court for lack of subject matter jurisdiction at this time.

DATED this 9th day of February, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE