1  Elizabeth A. Skane, Esq. (Bar No.7181)
   eskane@skanemills.com
2  Sarai L. Thornton, Esq.  (Bar No. 11067)
   sthornton@skanemills.com
3  SKANE MILLS LLP
4  1120 Town Center Drive, Suite 200
   Las Vegas, Nevada 89144
5  (702) 363-2535 / Fax (702) 363-2534

6
   Attorneys for Defendant, BATH & BODY WORKS, LLC
7

8              **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE DISTRICT OF NEVADA**

10

11

| 12 | KALI MARIE YOAKUM, | CASE NO.:  2:22-cv-00125-APG-EJY |
|---|---|---|
| 13 | Plaintiff, | JUDGE:   Andrew P. Gordon |
| 14 | v. | MAGISTRATE: Elayna J. Youchah |
| 15 | BATH & BODY WORKS, LLC dba BATH & BODY WORKS LLC #119; a limited liability company; DOES I through 20; and ROE BUSINESS ENTITIES 1 through 20, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BATH & BODY WORKS, LLC DBA BATH & BODY WORKS LLC #119, WITH PREJUDICE** |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

19

20      COMES NOW, Defendant BATH & BODY WORKS, LLC dba BATH & BODY
21  WORKS LLC #119 (hereinafter "Defendant"), by and through its counsel of record, the law firm
22  of Skane Mills LLP, and hereby advises this Court that Defendant and Plaintiff have recently
23  reached a settlement in the above-captioned matter.
24      **IT IS HEREBY STIPULATED** by and between Plaintiff, KALI MARIE YOAKUM
25  ("Plaintiff"), by and through her counsel of record, Christopher S. Connell, Esq. of CONNELL
26  LAW, and Defendant BATH & BODY WORKS, LLC dba BATH & BODY WORKS LLC #119
27  by and through their counsel of record, Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of
28  Skane Mills LLP, that the Complaint filed by Plaintiff KALI MARIE YOAKUM against

1  Defendant BATH & BODY WORKS, LLC dba BATH & BODY WORKS LLC #119 and any
2  amendments thereafter, are hereby dismissed with prejudice against BATH & BODY WORKS,
3  LLC dba BATH & BODY WORKS LLC #119.  In addition, all liens, encumbrances, and
4  subrogated interests are to be satisfied by the Plaintiff from the proceeds of the settlement.  This
5  Court retains jurisdiction to enforce the terms of the settlement or to make determinations as to
6  equitable distribution involving all medical bills and liens.

 Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 15th day of March, 2023.          DATED this 15th day of March, 2023.

CONNELL LAW                                   SKANE MILLS LLP

 /s/  Christopher S. Connell                   /s/ Sarai L. Thornton

By:_____           By:_____
Christopher S. Connell, Esq. (Bar #12720)     Sarai L. Thornton, Esq. (Bar #11067)
*cconnell@connelllaw.com*                     *sthornton@skanemills.com*
7318 W. Post Road, Suite 203                  1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89113                      Las Vegas, Nevada  89144

Attorney for Plaintiff,                       Attorneys for Defendant,
KALI MARIE YOAKUM                             BATH & BODY WORKS, LLC dba
                                              BATH & BODY WORKS LLC #119

///

///

///

**ORDER**

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, KALI MARIE YOAKUM, against Defendant BATH & BODY WORKS, LLC dba BATH & BODY WORKS LLC #119, in the above-captioned matter, United States District Court, Case No. 2:22-cv-00125-APG-EJY, including all claims alleged therein, and as stipulated and agreed above, are hereby dismissed with prejudice as to Defendant BATH & BODY WORKS, LLC dba BATH & BODY WORKS LLC #119.  Each party to bear its own attorneys' fees and costs.

_____

DATED: March 16, 2023

Respectfully submitted by:

SKANE MILLS LLP

   */s/ Sarai L. Thornton*
By:_____
Elizabeth A. Skane, Esq. (Bar # 7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
T: (702) 363-2535

Attorneys for Defendant,
BATH & BODY WORKS, LLC dba
BATH & BODY WORKS LLC #119